Panuncio Cardenas
1088 Old Conover Startown Rd
Newton NC 28658




U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY
10013
MAY 20, 22
AMOUNT
**$5.51**
R2304H108113-69

1000    28202



7018 0040 0000 5118 3086

To: Western District Court of NC
401 West Trade St, #1301
Charlotte, NC 28202

RECEIVED
Charlotte, NC

MAY 23 2022

Clerk, US District Court
Western District NC