# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:22-CV-00065-KDB-DCK

| | |
|---|---|
| **PANUNCIO CARDENAS,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **MERRICK GARLAND, ET AL.,** | |
| **Defendants.** | |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss (Doc. No. 5). The Court has carefully considered this motion, to which Plaintiff has not responded. The Complaint in this action seeks to compel the adjudication of Forms I-130, Petition for Alien Relative, filed on behalf of Plaintiff's spouse and stepchildren. The Government represents that these petitions have now been adjudicated; so, this action is now moot. Accordingly, Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction will be granted and the case dismissed as moot.

**NOW THEREFORE IT IS ORDERED THAT:**

1.  Defendants' Motion to Dismiss (Doc. No. 5) is **GRANTED;**

2.  This action is dismissed as moot; and

3.  The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed:    October 17, 2022

Kenneth D. Bell
United States District Judge